## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 19, 2018

*Via Email*
Hon. Debra Freeman
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Todd Kozel, 18 MAG 10663

Dear Magistrate Judge Freeman:

I am writing on behalf of Todd Kozel with respect to the security portion of the conditions of release ordered by the Court yesterday.

The Court ordered Mr. Kozel to be released pursuant to a bond secured by $1 million. I am writing to confirm that $1 million was transferred by wire to the Court earlier today, pursuant to the Court's standard wire instructions. I have informed AUSA Jennifer Beidel of the wire transfer confirmation number, 1219A1B7A41C001049. Based on that information, Ms. Beidel agrees that this condition of release has been satisfied.

Based on the above, we respectfully request that the Court order that the security condition has been satisfied.

Respectfully submitted,

David Meister

SO ORDERED
12/19/19
[signature]

cc: Jennifer Beidel, AUSA (by email)