ORIGINAL

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

June 26, 2019

*Via ECF*

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2019

RE:   *United States v. Todd Kozel*, 19 Cr. 460 (KMW)

Dear Judge Wood:

  We respectfully submit this letter on behalf of Todd Kozel, to inform the Court that the Government and defense counsel have reached agreement with respect to a proposed modification of bail conditions in the above-referenced matter. The U.S. Pretrial Services Office also agrees with this proposal.

  On June 25, 2019, we wrote to the Court to propose a modification of one bail condition—specifically, to request the removal of an ankle bracelet that provides electronic location monitoring ("GPS Monitoring"). We noted that Pretrial Services supported the request but that the Government did not. The Government has since informed us that it will agree to the removal of GPS Monitoring on the condition that the amount of the personal recognizance bond be increased from $1 million to $2 million (with no additional security beyond the $1 million in cash already posted), with the revised bond to be co-signed by the existing sureties, Mr. Kozel's father and brother.

  With this proposed modification, the bail conditions would be: (i) $2 million personal recognizance bond secured by $1 million in cash, co-signed by Mr. Kozel's father and brother; (ii) surrender of travel documents and no new applications; and (iii) travel restricted to the ~~Southern District~~ of New York [to Florida,] with travel also permitted ~~to~~ Pittsburgh, Pa., and Palm Springs, Calif., to visit family, if pre-approved by (State) /KMW/

[handwritten annotations: "/KMW/", "to Florida,", "(State) KMW"]

Hon. Kimba M. Wood
June 26, 2019
Page 2

Pretrial Services, and with any other temporary travel requiring the consent of both the U.S. Attorney's Office and Pretrial Services.

We therefore request that the Court modify the bail conditions as set forth above.

Respectfully submitted,

*David Meister* /NL

David Meister
Jocelyn E. Strauber
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

*Attorneys for Todd Kozel*

cc (by e-mail):    Louis A. Pellegrino
                   Assistant U.S. Attorney

So ordered.   NY, NY.
              6-27-19

Kimba M. Wood
Kimba M. Wood, U.S.D.J.