# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

August 20, 2019

Via ECF

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Todd Kozel*, 19 Cr. 460 (KMW)

Dear Judge Wood:

We respectfully submit this letter on behalf of Todd Kozel, our client in the above-referenced matter. Mr. Kozel has informed us that he is in the process of retaining new counsel. Accordingly, we ask that your Honor adjourn the Court's August 22, 2019 deadline — by which Mr. Kozel was to inform the Court in writing of any pretrial motions he intends to make — and grant a 30-day extension, to September 23, 2019, to allow sufficient time for substitution of counsel. Mr. Kozel consents to an exclusion of time from August 22 through September 23 for purposes of the Speedy Trial Act computation.

We have discussed this request with AUSA Louis Pellegrino, who has informed us that the Government does not object.

[Handwritten: KMW Granted]

Respectfully submitted,

*David Meister* /DM

David Meister
Jocelyn E. Strauber
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

*Attorneys for Todd Kozel*

[Handwritten endorsement:]
In light of Defendant's choice to retain new counsel and to allow sufficient time for substitution, the Court finds that an exclusion of time from August 22, 2019 through September 23, 2019 is in the interest of justice, and that those interests outweigh the interests of the Defendant and the public in a speedy trial. The Court thus excludes that time.

SO ORDERED, N.Y., N.Y.   8/20/19

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.