SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

___

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
David.Meister@Skadden.com

FIRM/AFFILIATE OFFICES
___
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
___
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 19, 2019

*Via ECF*

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    *United States v. Todd Kozel*, 19 Cr. 460 (KMW)

Dear Judge Wood:

        As counsel of record for Todd Kozel, we respectfully submit this letter to report to the Court concerning the status of Mr. Kozel's representation.

        As we noted in our letter to the Court dated August 20, 2019, Mr. Kozel will be retaining new counsel in substitution for Skadden. Based on that letter, the Court adjourned its original August 22, 2019 deadline — by which Mr. Kozel was to inform the Court in writing of any pretrial motions he intends to make — and granted a 30-day extension, to September 23, 2019, to allow sufficient time for substitution of counsel.

        Mr. Kozel has not yet retained new counsel, though we are informed that he is in the process of retaining Kendall Coffey of Coffey Burlington. Accordingly, we request, on Mr. Kozel's behalf, an additional 30-day extension, to October 23, 2019, to allow time to finalize substitution of counsel. Mr. Kozel has authorized us to consent on his behalf to an exclusion of time from September 23 through October 23 for purposes of the Speedy Trial Act computation.

Case 1:19-cr-00460-KMW   Document 23   Filed 09/19/19   Page 2 of 2

Hon. Kimba M. Wood
September 19, 2019
Page 2

    We have informed AUSA Louis Pellegrino of this request, and the Government consents.

    Respectfully submitted,

*David Meister* /DM

David Meister
Jocelyn E. Strauber
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-2100

*Attorneys for Todd Kozel*