# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  19-cr-00460-KMW

**MOTION FOR ADMISSION**

**PRO HAC VICE**

TODD KOZEL,

_____ Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kendall B. Coffey hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Todd Kozel in the above-captioned action.

I am in good standing with the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 15, 2019.                  Respectfully submitted,

By: _*/s/ Kendall Coffey*_____
Kendall B. Coffey, Esq.
Florida Bar No. 259861
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261
kcoffey@coffeyburlington.com
service@coffeyburlington.com