UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                       19-cr-00460-KMW

**AFFIDAVIT OF KENDALL B. COFFEY IN SUPORT OF MOTION FOR ADMISSION PRO HAC VICE**

TODD KOZEL,

_____ Defendant.

KENDALL B. COFFEY, being duly sworn, deposes and says:

1. I submit this Affidavit in support of my application to be admitted *pro hoc vice* to participate in this matter on behalf of Defendant Todd Kozel.

2. I am an attorney licensed to practice and in good standing in the State of Florida. I am a partner with the law firm of Coffey Burlington, P.L., located at 2601 South Bayshore Drive, Penthouse One, Miami, Florida 33133.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am not presently the subject of any disciplinary proceedings.

6. In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for purposes of representing Defendant Todd Kozel and participating in all proceedings before this Court in this matter.

_____
Kendall B. Coffey

State of Florida
County of Miami-Dade

    Signed and sworn to (or affirmed) before me on October 8, 2019 by Kendall B. Coffey.

                                             NOTARY PUBLIC

My commission expires:
My commission number:
                                             State of Florida

Personally known ____✓____ OR Produced Identification _____

_____