## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    19-cr-00460-KMW

**ORDER FOR ADMISSION**

**PRO HAC VICE**

TODD KOZEL,

_____Defendant.

The motion of Kendall B. Coffey for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Kendall B. Coffey |
| Firm Name: | Coffey Burlington, P.L. |
| Address: | 2601 S. Bayshore Drive, PH 1, |
| City/State/Zip: | Miami, FL 33133 |
| Telephone/Fax: | 305-858-2900; 305-858-5261 |

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Todd Kozel in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: October \_\_\_\_, 2019

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE