## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2100
DIRECT FAX
917-777-2100
EMAIL ADDRESS
DAVID.MEISTER@SKADDEN.COM

October 21, 2019

*Via ECF*

Hon. Kimba M. Wood
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Todd Kozel*, 19 Cr. 460 (KMW)

Dear Judge Wood:

    We write to respectfully request the Court's leave to withdraw as counsel to Todd Kozel, with his consent. As the Court is aware, Mr. Kozel has retained new counsel, Kendall Coffey of Coffey Burlington, P.L., who has moved the Court for leave to appear *pro hac vice*. We are in touch with Mr. Coffey for transition purposes and understand that he will handle all aspects of the representation going forward.

Respectfully submitted,

*David Meister* /DM

David Meister
Jocelyn E. Strauber
Daniel Merzel
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

cc (by e-mail):   Mr. Louis Pellegrino
Assistant U.S. Attorney

Mr. Kendall Coffey
Coffey Burlington, P.L.