```
                                              ┌──────────────────────────────┐
                                              │ USDS SDNY                    │
                                              │ DOCUMENT                     │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED         │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____                │
- - - - - - - - - - - - - - - x               │ DATE FILED: 11/1/19          │
                                              └──────────────────────────────┘
UNITED STATES OF AMERICA        :    ORDER

         -v.-                    :    19 Cr. 460 (KMW)

TODD KOZEL,                      :

         Defendant.             :

- - - - - - - - - - - - - - - x
```

KIMBA M. WOOD, U.S.D.J.

It is hereby ORDERED that the time between October 29, 2019 and January 23, 2020, is excluded under the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit defense counsel to complete their review of discovery materials produced by the Government, and allow the defense to consider any potential motions.

Dated:    New York, New York
          October 31, 2019

SO ORDERED:                        _Kimba M. Wood_____
                                   HONORABLE KIMBA M. WOOD
                                   United States District Judge
                                   Southern District of New York