# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

January 10, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/20
```

Via CM/ECF

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: United States v. Kozel, Case No. 19-cr-460-KMW

**MEMO ENDORSED**

Dear Judge Wood:

The purpose of this letter is to obtain confirmation of your approval of travel for Defendant Todd Kozel for a family vacation in Palm Springs, California, between January 12 and February 1, 2020.   *Granted. KMW*

Defendant's pretrial officer, Marlon Ovalles, and Assistant United States Attorney Louis Pellegrino have no objection to same.

We ask that you endorse this letter confirming approval of the domestic travel.

Respectfully submitted,

Kendall B. Coffey

cc: Louis Pellegrino, AUSA

SO ORDERED, N.Y., N.Y. 1/10/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.