

*FILE COPY*

# FISHER & BENDECK, P.A.

JEFFREY D. FISHER*
ODETTE MARIE BENDECK*

KRISTINA M. CANDIDO
ZACHARY R. POTTER
J. HARLEY TOUFANIAN

*FLORIDA BAR BOARD CERTIFIED
MARITAL AND FAMILY LAW ATTORNEY

501 SOUTH FLAGLER DRIVE, SUITE 450
WEST PALM BEACH, FLORIDA 33401
TELEPHONE: (561) 832-1005
FACSIMILE: (561) 820-9375
WWW.FISHERBENDECK.COM

March 12, 2012

**BY FAX AND REGULAR MAIL**

Mark Luttier, Esq.
Burman, Critton, Luttier & Coleman
303 Banyan Boulevard, Suite 400
West Palm Beach, Florida 33401

     Re:    **Kozel v. Kozel**

Dear Mark:

     In response to your letter of March 8, 2012, Ashley hereby acknowledges that Todd has now transferred the GKP stock to Ashley that was required by the parties' property settlement agreement. Now that both parties have acknowledged this fact, paragraphs 2 and 3 of the third amended asset injunction are of no further force and effect and the wife's $1 million injunction bond is automatically released.

     While the injunction bond is automatically released, please find enclosed a proposed agreed order memorializing this fact in the event that the bonding company requires such documentation. The one-year anniversary of the injunction bond is next Friday, which means that we need to document the release of the bond immediately to avoid further fees.

     If you could please provide us with your written approval of this proposed order today, we would very much appreciate it.

     Very truly yours,

     FISHER & BENDECK, P.A.

     Zachary R. Potter
     For the Firm

cc:    Mrs. Ashley D. Kozel
S:\Kozel\Correspondence\Luttier 3-9-12 re inj bond.docx