**IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA**
**SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327**

July 05, 2017

CASE NO.: 2D15-4364
L.T. No.: 2010-DR-008976 NC

TODD KOZEL v. ASHLEY D. KOZEL

Appellant / Petitioner(s),     Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

Appellant's motion to stay judgment pending appeal is treated as a motion seeking review of the trial court's May 31, 2017 order denying stay. Appellant may file a reply in further support of the motion no later than July 10, 2017. The trial court's September 15, 2016 amended final judgment is stayed pending resolution of appellant's motion to stay. Appellant's motion for leave to file reply is denied as moot.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| | | |
|---|---|---|
| Thomas F. Icard, Jr., Esq. | Steven L. Brannock, Esq. | Raoul G. Cantero, I I I, Esq. |
| John G. Crabtree, Esq. | William E. Partridge, Esq. | Nathan M. Berman, Esq. |
| Zachary R. Potter, Esq. | Jeffrey D. Fisher, Esq. | Mark Luttier, Esq. |
| Philip J. Padovano, Esq. | Dori Foster-Morales, Esq. | Santo Di Gangi, Esq. |
| Stephen Walker, Esq. | Robert L. Young, Esq. | Joseph T. Eagleton, Esq. |
| Hon. Nancy K. Donnellan | Karen E. Rushing, Clerk | |

ks

Mary Elizabeth Kuenzel
Clerk

