To the Trustees of the Gokana Trust
21 Priory Hall
Stillorgan
Co. Dublin
Ireland

**The Gokana Trust**

Dear Sirs

I refer to the above declaration of trust executed by you on the 24th February 2009 and of which I am the Settlor of the property specified in Second Schedule of the declaration of trust and the letter of addition thereto of which you are the Trustees.

I would like to express my wishes regarding the administration of the trust fund. It is appreciated that I have no power to require you to follow these wishes and that they are not legally binding. Furthermore, my wishes are not intended to fetter your discretionary powers under the declaration of trust, but I hope that you will find them useful in discharging your responsibilities as Trustees:

1. It is my wish that approximately 45% of the capital and income of the trust be applied for the benefit of my daughter, Alexandra Duval Kozel, born 18th January 2003, of 3931 Solymar Drive, Sarasota, Florida, 34242 USA.
2. It is my wish that approximately 45% of the capital and income of the trust be applied for the benefit of my daughter, Gabrielle Elizabeth Kozel, born 16th January 2006, of 3931 Solymar Drive, Sarasota, Florida, 34242 USA.
3. It is my wish that each of my daughters receive her share in 4 tranches: the first upon attaining eighteen (18) years of age, the second tranche upon attaining twenty two (22) years of age, the third tranche upon attaining thirty (30) years of age and the fourth and final tranche upon attaining thirty five (35) years of age.
4. It is my wish that my wife, Ashley Duval Kozel, born 11th January 1968, of 3931 Solymar Drive, Sarasota, Florida, 34242 USA be immediately entitled to 10% of the capital and income of the trust.


EXHIBIT NO. E

Should I change my wishes, I shall forward to you further correspondence.

This 14th day of August 2009

Todd Kozel