UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

TODD KOZEL,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 460 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/20

KIMBA M. WOOD, District Judge:

On January 23, 2020, the Court received the defendant's Motion to Dismiss the Indictment, and Motion for Bill of Particulars.

The Government shall respond by February 6, 2020. Any reply is due by February 20, 2020.

SO ORDERED.

Dated: New York, New York
January 23, 2020

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE