

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**VIA ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

                Re:     *United States v. Todd Kozel*
                          19 Cr. 460 (KMW)

Dear Judge Wood:

      I write respectfully to request an extension of the Government's response date to the defendant's pending motion for a Bill of Particulars and Motion to Dismiss (the "Motions"). Currently, the Government's Motion responses are due February 6, 2020, and defendant's replies are due February 20, 2020. (Dkt. No. 42).

      The reason for the adjournment request is that the parties have entered into discussions that may result in the potential resolution of the charges in this case. Accordingly, to facilitate these discussions, the Government respectfully requests that the Government's Motions response date be adjourned to March 5, 2020, and the defendant's reply date to March 19, 2020.

      The Government further requests that the Court exclude time under the Speedy Trial Act through the briefing dates set by the Court. The undersigned has conferred with counsel for the defendant, and he consents to this request, including exclusion of time while the Motions are pending.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                     By:    /s/ *Louis A. Pellegrino*
                            LOUIS A. PELLEGRINO
                            Assistant United States Attorney
                            Tel.   (212) 637-2617
                            louis.pellegrino@usdoj.gov