UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA :

    -v- : ORDER

TODD KOZEL, : 19 CR 460 (KMW)

        Defendant. :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The Government's response to the defendant's pending motion is adjourned to March 5, 2020. Any reply is due by March 19, 2020.

The Government has requested an adjournment of the current motion schedule, because the parties are in discussion about a possible disposition short of trial.

The Court excludes the time from today until March 19, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       February 5, 2020

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE