# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

February 20, 2020

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE:  *United States v. Kozel*, Case No. 19-cr-460-KMW

Dear Judge Wood:

The purpose of this letter is to obtain confirmation of your approval of travel for Defendant Todd Kozel to family vacations in Palm Springs, California, between February 26 and March 2, 2020, and between April 10 and April 20, 2020.

Defendant's pretrial officer, Marlon Ovalles, and Assistant United States Attorney Louis Pellegrino have no objection to this request.

We ask that you endorse this letter confirming approval of this domestic travel.

Respectfully submitted,

*/s/Kendall B. Coffey*

Kendall B. Coffey

cc:  Louis Pellegrino, AUSA