USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA :

    -v- : ORDER

TODD KOZEL, : 19 CR 460 (KMW)

                Defendant. :

-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

The Government shall respond to the defendant's pending motions by April 3, 2020. Defendant's reply is due by April 17, 2020.

Counsel for the Government has asked for an adjournment of the motion schedule because the parties are in discussion about a possible disposition short of trial.

The Court excludes the time from today until April 17, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       February 27, 2020

                                                  KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE