# COFFEY | BURLINGTON
ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

March 13, 2020

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305.858.2900  F.305.858.5261
www.coffeyburlington.com

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/20

**MEMO ENDORSED**

RE:  *United States v. Kozel*, Case No. 19-cr-460-KMW

Dear Judge Wood:

I write respectfully to request an extension of the briefing dates on the pending Motion to Dismiss and Motion for Bill of Particulars. The parties are now in good-faith negotiations with respect to a global resolution of the issues between them, which require additional time and investigation for Defendant to analyze.

The parties are in agreement that to facilitate these discussions the briefing schedule with respect to the pending motions should be postponed, With agreement of the Government, we request that the Government's response to both motions be served by May 4, and Defendants' reply by May 25.  *Granted*

The parties are also in agreement that the time until May 25 shall be excludable time under the Speedy Trial Act.  *Granted*

*Time is excluded through May 25, 2020, pursuant to 18 U.S.C. 3161(h)(7)(A), to allow the parties to discuss a disposition.*

Respectfully submitted,

/s/Kendall B. Coffey

Kendall B. Coffey
*Counsel for Todd Kozel*

cc:  Louis Pellegrino, AUSA
     Olga Zverovich, AUSA

SO ORDERED: N.Y., N.Y.
3/23/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.