# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

July 15, 2020

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/16/20]

RE:  *United States v. Kozel*, Case No. 19-cr-460-KMW
     Motion for Modification of Bond

**MEMO ENDORSED**

Dear Judge Wood:

The purpose of this letter is to obtain modification of bond for Defendant Todd Kozel. Specifically, the defense requests that Mr. Kozel be allowed to travel to a home owned by his father outside Harrison, Idaho. His travel arrangements for the trip to his father's home include a flight to Spokane, Washington, and the remainder of the trip by car. His return date is September 15, 2020.

[Handwritten: Granted KMW]

Mr. Kozel's Pretrial Services Officer, Madalyn Toledo, and Assistant United States Attorneys Louis Pellegrino and Olga Zverovich have no objection to this request.

We ask that you endorse this letter confirming modification.

Respectfully submitted,

/s/Kendall B. Coffey

Kendall B. Coffey
*Counsel for Todd Kozel*

cc:  Louis Pellegrino, AUSA
     Olga Zverovich, AUSA
     Madalyn Toledo, U.S. Pretrial Services

SO ORDERED:  N.Y., N.Y.  7/16/20

_____
KIMBA M. WOOD
U.S.D.J.