

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

August 18, 2020

**VIA EMAIL**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020
```

Re:  *United States v. Todd Kozel*
     19 Cr. 460 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

I write respectfully to propose that the Court set a status conference in this case for a date in October 2020 that is acceptable to the Court, and that the Court exclude time under the Speedy Trial Act through the date of the conference set by the Court. The undersigned has conferred with counsel for the defendant, and they consent to exclusion of time through the proposed conference date. The reason for this request is to allow the defendant to continue to review the discovery in this case, which is voluminous, and to allow the parties to continue their discussions of a possible disposition of this matter.

A proposed Order is enclosed for the Court's convenience.

*A control date is scheduled for October 22, 2020 at 11 a.m.*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/ Louis A. Pellegrino
    LOUIS A. PELLEGRINO
    OLGA ZVEROVICH
    Assistant United States Attorneys
    Tel.  (212) 637-2617 / 2514
    louis.pellegrino@usdoj.gov

8/20/2020

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.