UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------x

UNITED STATES OF AMERICA : ORDER

    -v.- : 19 Cr. 460 (KMW)

TODD KOZEL, :

    Defendant. :

---------------x

KIMBA M. WOOD, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

It is hereby ORDERED that the time between August 18, 2020 and [October 22, 2020], is excluded under the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit defense counsel to continue their review of discovery materials produced by the Government, and allow the parties to discuss a potential resolution of this matter.

Dated: New York, New York
      August 20, 2020

SO ORDERED:

                                      /s/ Kimba M. Wood
                                      HONORABLE KIMBA M. WOOD
                                      United States District Judge
                                      Southern District of New York