USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     ORDER

       -v.-                      :     19 Cr. 460 (KMW)

TODD KOZEL,                       :

       Defendant.                :

- - - - - - - - - - - - - - - - x

KIMBA M. WOOD, U.S.D.J.

    WHEREAS defendant TODD KOZEL has indicated his intent to enter a guilty plea to a Superseding Information to be filed in this matter;

    WHEREAS this Court intends to refer the defendant's guilty plea to a United States Magistrate Judge;

    WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS that, for the reasons set forth in the parties' joint application dated September 22, 2020, the change-of-plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

Dated: New York, New York
       September 23, 2020

SO ORDERED:      _____
                 HONORABLE KIMBA M. WOOD
                 United States District Judge
                 Southern District of New York