```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

          - v. -

TODD KOZEL,

          Defendant.

------------------------------------- x

[PROPOSED] ORDER

S1 19 Cr. 460 (KMW)

WHEREAS, with the defendant's informed written consent, his guilty plea allocution was made telephonically before a United States Magistrate Judge on September 24, 2020;

WHEREAS, the plea allocution was conducted telephonically because video teleconferencing was not reasonably available;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           September 29, 2020

                                                    _____
                                                    THE HONORABLE KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK