

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *United States v. Todd Kozel*
           19 Cr. 460 (KMW)

Dear Judge Wood:

 I write on behalf of the parties to suggest proposed sentencing deadlines.

On September 24, 2020, the defendant pled guilty to five counts of willful failure to file tax returns for the tax years 2011 through 2015, in violation of 26 U.S.C. § 7203. The Plea Agreement contemplates that before sentencing the Defendant will file accurate tax returns for the years 2011 through 2019. Consequently, the parties respectfully suggest that the following proposed deadlines would allow sufficient time for Mr. Kozel to complete that task:

Kozel Presentence Interview to be conducted by: **October 23, 2020**
First PSR disclosure due:  **November 19, 2020**
Second PSR disclosure due:  **January 17, 2021**
Sentencing Date: a date in **March 2021** that is acceptable to the Court.

Mr. Kozel further recognizes that his tax returns would need to be submitted to the IRS and an assessment completed before January 17, 2021, if that information is to be included in the final PSR report. Thank you for your consideration of these requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/

LOUIS A. PELLEGRINO
OLGA ZVEROVICH
Assistant United States Attorneys
Tel.     (212) 637-2617 / 2514
louis.pellegrino@usdoj.gov
olga.zverovich@usdoj.gov