# COFFEY | BURLINGTON

## ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

March 1, 2021

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

| USDC SDNY | |
|---|---|
| **DOCUMENT** | |
| **ELECTRONICALLY FILED** | |
| **DOC #:** | |
| **DATE FILED:** 3/2/21 | |

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900 F.305·858·5261
www.coffeyburlington.com

RE:  *United States v. Kozel*, Case No. 19-cr-460-KMW
     Motion to Continue Sentencing

**MEMO ENDORSED**

Dear Judge Wood:

We write on behalf of Defendant Todd Kozel seeking a sixty-day continuance of the upcoming sentencing hearing scheduled to take place before Your Honor on March 22, 2021.

In late 2020, Mr. Kozel was diagnosed with metastatic pharyngeal squamous cell carcinoma. He recently underwent an eight-week course of radiation and chemotherapy treatment. As a result, he is extremely weak and has been unable to meet with his attorneys and accountants to prepare for sentencing. Therefore, we are requesting a sixty-day continuance of the sentencing hearing and corresponding deadline to submit the Defendant's Sentencing Memorandum.

Assistant United States Attorneys Louis Pellegrino and Olga Zverovich have no objection to this request.

We ask that you endorse this letter confirming the continuance.

*[handwritten: Sentencing is adjourned to May 25, 2021, at 11:00a.m. Defendant's submission is due by May 11. Government submission is due by May 18.]*

Respectfully submitted,

*/s/Kendall B. Coffey*

Kendall B. Coffey
*Counsel for Todd Kozel*

**SO ORDERED:   N.Y., N.Y.** *3/2/21*

*[signature: Kimba M. Wood]*
**KIMBA M. WOOD**
**U.S.D.J.**