UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

TODD KOZEL,

                           Defendant.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 1, 2021
```

19-CR-460 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court has received from The Telegraph Media Group a Motion to Intervene in *United States* v. *Todd Kozel*, 19 Cr. 460, for the purpose of seeking to unseal Document No. 61 in that case.

The Government is hereby ordered to advise the Court, by April 8, 2021, whether there is any reason to continue maintain Document No. 61 under seal.

SO ORDERED.

Dated: New York, New York
       April 1, 2021

                                                        /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                          United States District Judge