

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

April 5, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

          Re:    *United States v. Todd Kozel*
                  19 Cr. 460 (KMW)

Dear Judge Wood:

      I write on behalf of the parties regarding the Court's Order at Dkt. No. 75. The Government has conferred with the defendant, and the parties have no objection to the Court unsealing the sealed document entered at Dkt. No. 61.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          United States Attorney

By:   */s/ Louis A. Pellegrino*

          LOUIS A. PELLEGRINO
          OLGA ZVEROVICH
          Assistant United States Attorneys
          Tel.   (212) 637-2617 / 2514
          louis.pellegrino@usdoj.gov
          olga.zverovich@usdoj.gov