

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

One St. Andrew's Plaza
New York, New York 10007

April 5, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *United States v. Todd Kozel*
    19 Cr. 460 (KMW)

Dear Judge Wood:

## MEMO ENDORSED

    I write on behalf of the parties regarding the Court's Order at Dkt. No. 75. The Government has conferred with the defendant, and the parties have no objection to the Court unsealing the sealed document entered at Dkt. No. 61.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Louis A. Pellegrino

LOUIS A. PELLEGRINO
OLGA ZVEROVICH
Assistant United States Attorneys
Tel. (212) 637-2617 / 2514
louis.pellegrino@usdoj.gov
olga.zverovich@usdoj.gov

**The Court hereby Orders ECF No. 61 unsealed.**

**SO ORDERED.**

**Dated: New York, New York**

    **4/9/21**

    /s/ Kimba M. Wood
**Kimba M. Wood**
**United States District Judge**