

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

April 30, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Todd Kozel*
19 Cr. 460 (KMW)

Dear Judge Wood:

    The Government writes to request that the Court authorize this Office to produce the plea agreement in this case to parties that have requested it.

    Recently, a law firm in Florida requested a copy of the agreement from the Government. In addition, as the Court is aware, a media organization in the United Kingdom has also moved to intervene in this case for the limited purpose of unsealing a document that it believed—incorrectly—related to Mr. Kozel's plea. *See* Dkt. No. 76 (explaining that the media organization is interested in documents relating to Mr. Kozel's plea). We refer to these parties herein as the "Requesting Parties."

    Although the Government typically does not file plea documents on the docket, the parties' plea agreement is a matter of public interest, and should be produced upon request, absent circumstances that are not present here. *See e.g., United States v. Haller*, 837 F.2d 84, 86 (2d Cir. 1988) ("As to the first issue, we conclude there is a right of access to plea hearings and to plea agreements.").

    We have conferred with counsel for the defense, who have confirmed to this Office that they have no objection to providing the plea agreement to the Requesting Parties. Here, the plea agreement was not formally entered into the record as a court exhibit. Accordingly, we respectfully request that the Court authorize the Government to produce the plea agreement to the Requesting Parties. If the Court authorizes this request, the undersigned will forward the plea agreement to the counsels of record for the Requesting Parties.

Thank you for your consideration of this request.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

By:     _____
           LOUIS A. PELLEGRINO
           OLGA ZVEROVICH
           Assistant United States Attorneys
           Tel.   (212) 637-2617 / 2514
           louis.pellegrino@usdoj.gov
           olga.zverovich@usdoj.gov