UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 5/4/21

------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against

TODD KOZEL,

Defendant.

------------------------------------------------------------------x

**ORDER**
19 CR 460 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the remote sentencing currently scheduled for May 25, 2021, is adjourned to Tuesday, June 1, 2021, at 11:00 am.

SO ORDERED.

Dated: New York, New York
May 4, 2021

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE