

# RiseFoundation

# Winterization and Community Engagement Project

### Kawergosk Refugee Camp

**GULF KEYSTONE PETROLEUM LTD.**

*In December 2013 RISE Foundation led a project in coordination with ACTED and NRC. The project's aim was to gravel priority areas and secondary roads within Kawergosk camp and supply the materials for residents to gravel their own personal areas. RISE led a large scale cash-for-work force each day, re-developing drainage networks and laying gravel as well as providing one wheelbarrow per tent for camp residents.*



## Issues addressed

During winter and spring months, Kawergosk camp is exceptionally vulnerable to the elements. When the project was started, there was very little infrastructure within the camp and all surfaces were bare earth. When it rains, the entire camp becomes extremely muddy and some areas flood. Numerous roads are rendered almost impassable on foot. A second issue within the camp has been the lack of employment amongst the male residents and the absence of large-scale community based activities. The aim of this project was to gravel priority areas and secondary roads by facilitating large-scale community engagement.

## Wheelbarrow distribution

RISE Foundation supplied one wheelbarrow per tent, and with its partners, ACTED and the NRC, used mass information to encourage residents to actively participate in the project by taking gravel for themselves. The wheelbarrows were found to be in high demand from a previous survey. They can be used to transport water and NFIs from other distributions, and in any construction work undertaken by residents themselves.





## Gravelling

Primary gravelling works were undertaken by a cash-for-work force consisting entirely of camp residents under the supervision and assistance of RISE team leaders. The project has resulted in:



- 1,244m³ of gravel for pathways and tent areas
- 5,400 man hours (refugee employment)
- 1,920 wheelbarrows distributed (1 per tent plus surplus for workers)



## Community engagement

One of the fundamental features of this project has been community engagement – employing an exclusively resident workforce and encouraging families to actively participate in the process. Families were encouraged to help themselves to supplies of gravel distributed around the camp and construct their own "stone gardens" or "patio areas". These have proved to serve both aesthetic and functional purposes. The response to this project has been extremely positive, as has the feedback from residents and other organizations.



## Project costs

| Item | Unit cost ($) | Total cost ($) |
|---|---|---|
| Gravel supply | 60 | 6,628 |
| Wheelbarrows | 29 | 55,680 |
| Cash-for-work scheme | 20 | 24,000 |
| Construction machinery | 600 | 3,960 |

## Media and feedback

The success of the project resulted in significant media attention, including Al Jazeera and Rudaw News.

- http://www.youtube.com/watch?v=706iakQdPDo

*'I've been here five months without any work. I can't leave the camp. This work makes me feel good and everyone can see we are doing an important job.'*
– Goran, Rise cash-for-work employee.








6