# Supreme Court of Florida

THURSDAY, APRIL 15, 2021

**CASE NO.: SC20-925**
Lower Tribunal No(s).:
2D15-4364;
582010DR008976XXXANC

| ASHLEY D. KOZEL | vs. | TODD KOZEL |
|---|---|---|
| Petitioner(s) | | Respondent(s) |

    This cause having heretofore been submitted to the Court on jurisdictional briefs and portions of the record deemed necessary to reflect jurisdiction under Article V, Section 3(b), Florida Constitution, and the Court having determined that it should decline to accept jurisdiction, it is ordered that the petition for review is denied.

    No motion for rehearing will be entertained by the Court. *See* Fla. R. App. P. 9.330(d)(2).

    Respondent's motion for attorney's fees is granted, the amount to be determined by the trial court. *See* Fla. R. App. P. 9.400(b).

POLSTON, LABARGA, LAWSON, MUÑIZ, and COURIEL, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court



ks

**CASE NO.:** SC20-925
Page Two

Served:

ZACHARY R. POTTER
THOMAS J. SASSER
JEFFREY D. FISHER
PHILIP J. PADOVANO
RAOUL G. CANTERO
CHARLES M. AUSLANDER
JESSE L. GREEN
BRIAN C. TACKENBERG
JOHN G. CRABTREE
STEVEN L. BRANNOCK
JOSEPH T. EAGLETON
JESSE I. DEAN-KLUGER
HON. MARY BETH KUENZEL, CLERK
HON. KAREN E. RUSHING, CLERK
JAMES CINQUE
EVAN MARKS
HON. NANCY K. DONNELLAN, JUDGE
CHARLES FOX MILLER