

**Lenox Hill Hospital**
**Northwell Health®**

Angelo Acquista, MD

January 20, 2021

Re: Todd Kozel- DOB 1/18/1967

To Whom It May Concern:

I am a practicing physician in New York City board certified in Internal Medicine, Pulmonary Medicine and Tropical Diseases. I have been in practice for 35 years and have had the pleasure of having Mr. Todd Kozel as my patient.

For the past seven years I have treated Mr. Kozel for steroid dependent asthma, hypertension and hypercholesterolemia .

In March of 2020, Mr. Kozel was diagnosed with Covid 19 infection involving multiple organ systems. His symptoms included chest pain, severe headache with confusion, progressive shortness of breath, pneumonia and oxygen desaturation. Mr. Kozel responded well to therapy but has been left with slightly decreased cognitive function.

On November 12, 2020 Mr. Kozel presented with a left posterior submandibular 3cm mass. Subsequent needle biopsy revealed pharyngeal squamous cell carcinoma. CAT scan, MRI and PET scan revealed metastatic disease preventing him from being a surgical candidate.

On December 21, Mr. Kozel was started on daily radiation therapy and weekly chemotherapy with CIS-platinum, and Akenzeo. Mr. Kozel has completed 20 of 39 courses of radiation therapy. As a result of chemo and radiation therapy, Mr. Kozel has been complicated with oral mucous ulcers, radiation mucositis and oropharyngeal candidiasis. He is currently on topical pain medication, Difluacan and Nystatin for the oral fungal infection. As he is unable to eat soft or solid foods, he has lost 24 pounds in the last three weeks.

His therapy has been further complicated with hypotension causing episodes of fainting and difficulty ambulating. Most of the above complications will continue for 2-3 moths post radiation and chemotherapy.

Case 1:19-cr-00460-KMW   Document 88-10   Filed 05/18/21   Page 2 of 2



Angelo Acquista, MD

6-9 months post therapy, he will be reevaluated for recurrent disease and will be scheduled for repeat MRI and PET scan.

If you have any questions, please feel free to contact me anytime at 917 863 8188

Sincerely,

Angelo Acquista, MD

New York, NY 10022 | Tel (212) 583-2850 | Fax (212) 644-8666