

**CPHO**
**CENTRAL PARK HEMATOLOGY & ONCOLOGY**
A DIVISION OF
**New York Cancer & Blood Specialists**

12 East 86th Street New York, NY 10028
**Tel:** (212) 861-6660 | **Fax:** (212) 744-4696

Patient Name: **KOZEL, TODD**                Date: **5/11/2021**
Patient Number: **7010026**                  Date Of Birth: **1/18/1967**

To whom it may concern:

This is a letter to confirm that Mr. Kozel has been under my care for management of cT1,N1,M0 left tonsillar HPV positive squamous cell carcinoma diagnosed in 12/2020

He received concurrent radiation therapy and Cisplatin, completing his treatment in 2/2021.

His treatment was complicated by significant anorexia, difficulties eating/swallowing and weight loss of more than 35 Lbs.

He is showing signs of improvement, but continues having fatigue and difficulties eating/drinking due to dry mouth.

At this moment, we are unable to assess his response to treatment, he is due for an in person exam, ENT evaluation and restaging imaging studies (MRI and PET scan).
He will need a repeat exam with imaging studies (PET/CT) in August again to assess disease status at approximately 6 months after completion of treatment.

Should you need further information please contact our office.

Sincerely,

Signed _____
Amory Novoselac MD on 5/11/2021 at 6:29 PM