# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

May 27, 2021

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE:     *United States v. Kozel*, Case No. 19-cr-460-KMW
        Travel Request

Dear Judge Wood:

The purpose of this letter is to obtain confirmation of your approval of travel for Defendant Todd Kozel to Washington D.C., between May 28 and May 31, 2021.

Mr. Kozel also seeks approval to travel to a home owned by this father outside Harrison, Idaho from June 12, 2021 to August 10, 2021. During this time, Mr. Kozel will return to New York as needed to attend doctors' appointments and follow-up with his medical care.

Defendant's pretrial officer, Madalyn Toledo, and Assistant United States Attorney Louis Pellegrino have indicated that they take no position regarding the request. Ms. Toledo also indicated that the Defendant has been compliant throughout his supervision.

We ask that you endorse this letter confirming approval of this domestic travel.

Respectfully submitted,

*/s/Kendall B. Coffey*
Kendall B. Coffey

cc:  Louis Pellegrino, AUSA
     Olga Zverovich, AUSA
     Madalyn Toledo, pre-trial services