# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

August 9, 2021

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RE: *United States v. Kozel*, Case No. 19-cr-460-KMW
Travel Request

Dear Judge Wood:

The purpose of this letter is to obtain confirmation of your approval to extend Mr. Kozel's travel time in Idaho.

Mr. Kozel has been at his father's home outside of Harrison, Idaho since June 12, 2021. The Court approved this travel on May 28, 2021. (ECF No. 92.) Mr. Kozel intended to return to New York on August 10, 2021 in anticipation of his August 18th sentencing. However, the sentencing date was recently adjourned to October 20, 2021. (ECF No. 94.) Thus, Mr. Kozel requests an extension of his travel time in Idaho until October 1, 2021. During this time, Mr. Kozel will return to New York as needed to attend doctors' appointments and follow-up with his medical care.

] Granted KMW

Defendant's pretrial officer, Madalyn Toledo, and Assistant United States Attorney Olga Zverovich have indicated that they take no position regarding the request. Ms. Toledo also indicated that the Defendant has been compliant throughout his supervision.

We ask that you endorse this letter confirming approval of this domestic travel.

Respectfully submitted,

/s/Kendall B. Coffey
Kendall B. Coffey

cc: Louis Pellegrino, AUSA
    Olga Zverovich, AUSA
    Madalyn Toledo, pre-trial services

SO ORDERED: N.Y., N.Y. 8/10/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.