# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

October 11, 2021

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

*Via CM/ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

RE:   *United States v. Kozel*, Case No. 19-cr-460-KMW
      Motion to Continue Sentencing

**MEMO ENDORSED**

Dear Judge Wood:

We write on behalf of Defendant Todd Kozel seeking a thirty-day continuance of the upcoming sentencing hearing scheduled to take place before Your Honor on October 20, 2021. We request this continuance to pursue pending efforts on financial and tax issues.

Assistant United States Attorneys Louis Pellegrino and Olga Zverovich have no objection to this request. Mr. Pellegrino and Ms. Zverovich request that the Government's sentencing submission deadline be set for one-week before the new sentencing date.

We ask that you endorse this letter confirming the continuance.

*[Handwritten:] Sentencing is adjourned to December 15, 2021, at 11:00 a.m. Defendant's submission is due by December 1. Government submission is due by December 8.*

Respectfully submitted,

/s/Kendall B. Coffey
Kendall B. Coffey
*Counsel for Todd Kozel*

cc:   Louis Pellegrino, AUSA
      Olga Zverovich, AUSA
      Madalyn Toledo, U.S. Pretrial Services
      Paul Hay, U.S. Probation

SO ORDERED:  N.Y., N.Y.  10/13/21

*[Signature]*
KIMBA M. WOOD
U.S.D.J.