UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                          Case No. 19-CR-460 (KMW)

    Plaintiff,

vs.

TODD KOZEL,

    Defendant.

---

### DEFENDANT'S NOTICE OF FILING LETTERS OF SUPPORT

Todd Kozel ("Subject"), by his undersigned counsel, hereby submits this Notice of Filing Letters of Support, attaching nine additional[1] letters of support from friends, family, coworkers, and other community members for the Court's consideration at sentencing.

Dated: December 1, 2021.                    Respectfully submitted,

                                                By:  */s/Kendall Coffey*
                                                   Kendall Coffey, Admitted PHV
                                                   Jeffrey B. Crockett, Admitted PHV
                                                   COFFEY BURLINGTON, P.L.
                                                   2601 South Bayshore Drive, Penthouse
                                                   Miami, FL  33133
                                                   Tel: 305-858-2900 / Fax: 305-858-5261
                                                   kcoffey@coffeyburlington.com
                                                   jcrockett@coffeyburlington.com
                                                   dwilliams@coffeyburlington.com
                                                   service@coffeyburlington.com

---

[1] Mr. Kozel previously filed four letters of support, which are attached to his Sentencing Memorandum.  (*See* DE 88.)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 1, 2021, on all counsel or parties of record.

By: */s/ Kendall Coffey*