# Exhibit E



| | |
|---|---|
| Name: **TODD KOZEL** | Date of Visit: Dec 1 2021 |
| Address: ███████ | MRN: ███ |
| NEW YORK, NY  10011 | DOB: ███ |

**December 1, 2021**

To Whom it May Concern:

Mr. Todd Kozel is currently under my medical care and has been a patient of mine since 2019.

In November 2020 Mr. Kozel was noted to have an enlarged left submandibular mass which was subsequently biopsied and found to be pharyngeal squamous cell carcinoma. He was referred to ENT for evaluation, however because of metastatic disease documented on MRI and CT scan he was not a surgical candidate. In December 2020 was treated with radiation and aggressive chemotherapy. His chemotherapeutic and radiation therapy was complicated by recurrent bouts of mucositis and oral candidiasis.

Since completing head and neck radiation therapy Mr. Kozel continues to suffer from ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Please contact me with any questions.

Sincerely,


Domenick Acquista MD, MBA
Northwell Health Physician Partners
Department of Medicine
Associate Professor of Medicine
Adjust Clinical Assistant Professor of Nursing
Hofstra School of Medicine

110 East 59th Street, Suite 10C
New York, NY 10022
Tel: 212-434-4180
Fax: 212-434-4119


Electronically signed by : DOMENICK ACQUISTA, MD; Dec   1 2021   5:45PM EST (Author)