UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

TODD KOZEL,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 460 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the remote sentencing currently scheduled for January 25, 2022, is adjourned to Wednesday, January 26, 2022, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       January 19, 2022

                                                  */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE