```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

TODD KOZEL,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 460 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a remote sentencing on Wednesday, January 26, 2022, at 10:30 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 602955500, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

      SO ORDERED.

Dated: New York, New York
          January 20, 2022

                                                           *Kimba M. Wood*
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE