UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

TODD KOZEL,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 460 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/22

KIMBA M. WOOD, District Judge:

        The parties are hereby ordered to inform the Court, by 4:00 p.m. on January 25, 2022, whether the Court should order restitution to be paid to the Commonwealth of Pennsylvania and/or Ashley Kozel; and, if so, the amount(s) each is due, and whether that restitution should be ordered to be paid concurrently, or consecutively to restitution paid to the IRS.

        SO ORDERED.

Dated: New York, New York
          January 25, 2022

                                                      KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE