**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        Plaintiff,

                                     19-CR-460-KMW

v.                                     **NOTICE OF FILING**

TODD KOZEL,

        Defendant.

Defendant, TODD KOZEL, by his undersigned counsel, hereby files this Notice of Filing of the following documents:

1.      Exhibit A – Excerpts from Husband's Verified Response to Wife's Emergency Motion for an *Ex Parte* Asset Injunction and Other Relief, dated December 23, 2010;

2.      Exhibit B – Excerpts from January 27, 2011 Letter from William E. Partridge enclosing Wife's Renewed Motion for an Asset Injunction and/or an Emergency Hearing or Expedited Hearing on Wife's Motion for an Asset Injunction Based upon Husband's Failure to Preserve the Status Quo While the Motion was Pending;

3.      Exhibit C – Asset Injunction and Order, dated January 28, 2011;

4.      Exhibit D – November 16, 2011 Fax to Mark Luttier, Esq. from Jeffrey D. Fisher;

5.      Exhibit E – November 18, 2011 Letter to Ms. Shelia Olander from Jeffrey D. Fisher;

6.      Exhibit F – Forensic Expert Report by Alfred Joshua, MD, MBA, CCHP-P, FAAEM, dated January 21, 2022;

7.      Exhibit G – Excerpts from 2011 Public Annual Reports and Accounts of Gulf Keystone Petroleum Ltd.;

8.      Exhibit H – Asset Injunction and Order, dated September 11, 2015;

9.      Exhibit I – July 1, 2016 Email from Peter Friedman to Michael J. Freeman re IRS Audit; and

10.      Exhibit J – Appellee's Notice of Supplemental Authority, dated December 18, 2018.

Dated:  January 25, 2022.

Respectfully submitted,

By:      /s/ Jeffrey B. Crockett
Jeffrey B. Crockett, Esq.
Florida Bar No. 347401
Kendall Coffey, Esq.
Florida Bar No. 259861
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Tel: 305-858-2900
Fax: 305-858-5261
jcrockett@coffeyburlington.com
bdiaz@coffeyburlington.com
kcoffey@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or parties of record via transmission of Notice of Electronic Filing generated by CM/ECF.

     /s/ Jeffrey B. Crockett