**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,                              Case No. 19-CR-460 (KMW)

    Plaintiff,

vs.

TODD KOZEL,

    Defendant.

---

## DEFENDANT'S NOTICE OF FILING FORENSIC EXPERT REPORT

Todd Kozel, by his undersigned counsel, hereby submits this Forensic Expert Report by Dr. Alfred Joshua for the Court's consideration at sentencing.


Dated: January 25, 2022                Respectfully submitted,

                                            By:  */s/Kendall Coffey*
                                                Kendall Coffey, Admitted PHV
                                                Jeffrey B. Crockett, Admitted PHV
                                                COFFEY BURLINGTON, P.L.
                                                2601 South Bayshore Drive, Penthouse
                                                Miami, FL  33133
                                                Tel: 305-858-2900 / Fax: 305-858-5261
                                                kcoffey@coffeyburlington.com
                                                jcrockett@coffeyburlington.com
                                                dwilliams@coffeyburlington.com
                                                service@coffeyburlington.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on January 25, 2022, on all counsel or parties of record.

By: */s/ Kendall Coffey*