# COFFEY | BURLINGTON
## ATTORNEYS AT LAW

**KENDALL COFFEY**

kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

January 26, 2022

<u>*Via ECF*</u>

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE: *United States v. Kozel*, Case No. 19-cr-460-KMW
Defendant's Preference of Facility

Dear Judge Wood:

We write pursuant to the Court's guidance, during this morning's sentencing hearing, to advise of Mr. Kozel's preference of Federal Bureau of Prisons facility. Mr. Kozel requests a recommendation that he be housed at either FCI Cumberland, or, alternatively, USP Lewisberg. Mr. Kozel also requests a recommendation for consideration in the Residential Drug Abuse Program, for the reasons referenced in paragraph 56 of the Presentence Investigation Report [DE No. 82].

Respectfully submitted,

*/s/Kendall B. Coffey*

Kendall B. Coffey
*Counsel for Todd Kozel*

cc: Louis Pellegrino, AUSA
Olga Zverovich, AUSA
Madalyn Toledo, U.S. Pretrial Services
Paul Hay, U.S. Probation