# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900  F.305·858·5261
www.coffeyburlington.com

January 28, 2022

*Via ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

RE:    *United States v. Kozel*, Case No. 19-cr-460-KMW
       Requesting extension of February 25, 2022 surrender date

Dear Judge Wood:

We write on behalf of Todd Kozel to request a one month further extension of the February 25, 2022 surrender date to March 25, 2022 to allow for the completion of further medical procedures. He also needs significant dental work as a result of the radiation damage to his jaw, work that can be completed within 60 days, and this substantial expense and added complication should not be a burden on a federal institution.

We are advised by Madalyn Toledo of U.S. Pretrial Services that Mr. Kozel appeared at 10:00 AM on January 27 and that his ankle monitor was successfully installed.

The Government has advised us that they oppose this request.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*/s/Kendall B. Coffey*

Kendall B. Coffey
*Counsel for Todd Kozel*

cc:    Louis Pellegrino, AUSA
       Olga Zverovich, AUSA
       Madalyn Toledo, U.S. Pretrial Services
       Marlon Ovalles, U.S. Pretrial Services
       Paul Hay, U.S. Probation