

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

January 28, 2022

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:  *United States v. Todd Kozel*
          S1 19 Cr. 460 (KMW)

Dear Judge Wood:

  On January 28, 2022, the defendant filed a motion for a one-month extension of his surrender date to complete unspecified "further medical procedures" and dental work. (Dkt. No. 115). The Government respectfully opposes this request. The Government submits that the Court set a reasonable time of 30 days to surrender, which is sufficient time for the defendant to place his affairs in order. As discussed at length at this week's sentencing hearing, the Bureau of Prisons can provide all necessary medical care for the defendant after his surrender date. The Government also has no opposition to the defendant's request that the Court recommend that he be designated to particular BOP facilities.[1] (*See e.g.,* Dkt. No. 114).

  Thank you for your consideration of this submission.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      By: /s/
         LOUIS A. PELLEGRINO
         OLGA I. ZVEROVICH
         Assistant United States Attorneys
         Tel. (212) 637-2617 / 2514
         louis.pellegrino@usdoj.gov
         olga.zverovich@usdoj.gov

---

[1] The Government also notes that the two facilities to which the defendant prefers to be designated—FCI Cumberland and USP Lewisburg—are both, according to their websites, designated as only BOP medical care level 2. The fact sheet discussing the BOP's four care levels, which was previously filed by the Government at Dkt. No. 111-2, explains that, among other things, BOP care level 2 pertains to "Inmates [who] are stable outpatients who require clinician evaluation every 1 - 6 months."