# COFFEY | BURLINGTON
### ATTORNEYS AT LAW

**KENDALL COFFEY**
kcoffey@coffeyburlington.com

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T.305·858·2900 F.305·858·5261
www.coffeyburlington.com

April 25, 2022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/22

*Via ECF*

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RE:   *United States v. Todd Kozel*
      21 19 Cr. 460 (KMW)

Dear Judge Wood:

We write on behalf of Todd Kozel to request that this Court allow us until next Monday, May 2, 2022, to file a reply to the Government's letter in opposition to Mr. Kozel's motion to discharge his bond. (Dkt. No. 124).   ] Granted

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*/s/Kendall B. Coffey*

Kendall B. Coffey
*Counsel for Todd Kozel*

cc:   Louis Pellegrino, AUSA
      Olga Zverovich, AUSA
      Madalyn Toledo, U.S. Pretrial Services
      Marlon Ovalles, U.S. Pretrial Services
      Paul Hay, U.S. Probation

SO ORDERED: N.Y., N.Y. 4/26/22

Kimba M. Wood
_____
KIMBA M. WOOD
U.S.D.J.