UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against                                    **ORDER**
                                                    19 CR 460 (KMW)
TODD KOZEL,

                        Defendant.
------------------------------------------------------------------x

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____                │
│ DATE FILED: 6/1/22           │
└─────────────────────────────┘
```

KIMBA M. WOOD, District Judge:

The Court denies the defendant's April 12, 2022 Motion to Discharge Bond.  The Court

grants the Government's request to propound civil discovery demands and conduct depositions

regarding ownership of the $1 million in cash used to secure the defendant's bond (the "Bond

Funds") and the relationship of the defendant, his family members, and other relevant individuals

to the Frank W. Kozel Revocable Family Trust (the "Trust").

        SO ORDERED.

Dated: New York, New York
        May 16, 2022

                                        _____
                                              KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE