```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                                                        **ORDER**
                                                                   19 CR 460 (KMW)

TODD KOZEL,

                        Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court has received defendant's August 29, 2022, Renewed Motion to Discharge Bond. The Government shall file a response by September 12, 2022.

       SO ORDERED.

Dated: New York, New York
          August 30, 2022

                                                /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE