UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/23
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TODD KOZEL,

        Defendant.

19-cr-00460-KMW

## AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISCHARGE BOND

This matter, having come before the Court on Defendant's Motion to Discharge Bond (DE 123, 130), with the government now advising the Court that after the opportunity to conduct discovery, the Motion is not opposed, it is hereby: **ORDERED AND ADJUGED** that the motion is GRANTED. The defendant, having previously complied with all conditions of the bond in this case, has surrendered himself to custody and began his sentence. Having fully satisfied the conditions for discharge, the $2,000,000 personal recognizance bond posted in this matter is discharged. The sureties are completely discharged of any further obligations under the bond. The clerk is hereby ordered to return the $1,000,000 posted to secure the bond to be returned, with any interest earned, to the Frank W. Kozel Revocable Trust ("Trust"). Counsel for the Trust, David Berardinelli from DeForest Koscelnik & Berardinelli, 436 Seventh Avenue, Pittsburgh PA 15219, shall contact the Clerk's office to arrange the logistics of returning the $1,000,000.

**DONE AND ORDERED** in New York, New York this ___1st___ day of August, 2023.

_____Kimba M. Wood_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

CC Counsel of record